1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

Dec. 7 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____DC____ DEPUTY

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,　　) | Case No.:　5:17-CR-00157-JGB |
| 　　　　　　　Plaintiff,　　　) | ORDER OF DETENTION PENDING |
| 　　　　　　　　　　　　　　) | FURTHER REVOCATION |
| 　　　　v.　　　　　　　　) | PROCEEDINGS |
| Sarah Isabella Baldwin　　　　) | (FED. R. CRIM. P. 32.1(a)(6); 18 |
| 　　　　　　　　　　　　　　) | U.S.C. § 3143(a)(1)) |
| 　　　　　　　Defendant.　　) | |

16          The defendant having been arrested in this District pursuant to a warrant

17    issued by the United States District Court for the ___Central___ District of

18    ___California___ for alleged violation(s) of the terms and conditions of probation

19    or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21    Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22    A.  (x)　The defendant has not met his/her burden of establishing by clear and

23    　　　　convincing evidence that he/she is not likely to flee if released under 18

24    　　　　U.S.C. § 3142(b) or (c).  This finding is based on the following:

25    　　　　(x)　information in the Pretrial Services Report and Recommendation

26    　　　　(x)　information in the violation petition and report(s)

27    　　　　(x)　the defendant's nonobjection to detention at this time

28    　　　　( )　other: _____

1

1    and/ or

2 B. ( x )   The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the safety

4    of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6        ( x )    information in the Pretrial Services Report and Recommendation

7        ( x )    information in the violation petition and report(s)

8        ( x )    the defendant's nonobjection to detention at this time

9        (  )     other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  12/7/20                                      _____

15                                              SHASHI H. KEWALRAMANI
                                                UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28